January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MICHAEL ALDOUS, Appellant

NO. 14-12-01013-CV                               V.

ERIC BRUSS, SILVIA SANDOVAL, DEBBIE AND DALE O'CONNOR,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 30, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Michael Aldous.

We further order this decision certified below for observance.